IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TONY R. WHITE                                                                                 PLAINTIFF

v.                       Case No. 5:14-CV-05138

SHERIFF TIM HELDER, Washington County,
Arkansas; and NURSE RHONDA BRADLEY             DEFENDANTS

**O R D E R**

      Currently before the Court are the proposed findings and recommendations (Doc. 27) of the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Plaintiff was granted an extension of time (Doc. 29) to file any objections; however, that extended period of time has now passed, and no objections have been filed by any party.

      The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that Defendants' motion for judgment on the pleadings (Doc. 18) is GRANTED IN PART and DENIED IN PART. The motion is GRANTED insofar as the individual capacity claims against Sheriff Helder, the HIPAA claim, the access to law library claim, and the commissary claim are DISMISSED WITH PREJUDICE. The motion is DENIED in all other respects.

      IT IS SO ORDERED this 25th day of June, 2015.

                                                       /s/ P. K. Holmes, III
                                                       P.K. HOLMES, III
                                                       CHIEF U.S. DISTRICT JUDGE