IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TONY R. WHITE                                                                                          PLAINTIFF

v.                                       Case No. 5:14-CV-05138

SHERIFF TIM HELDER, Washington County, Arkansas;
and NURSE RHONDA BRADLEY                                                                DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 32) from United States Magistrate Judge Erin L. Setser. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to obey orders of the Court and failure to prosecute this action.

Judgment will be entered accordingly.

IT IS SO ORDERED this 8th day of October, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE